UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HABTOM O. TESFAMARIAM,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | NO.  CV-08-213-CI<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings consistent with the Court's decision and sentence four of 42 U.S.C. §405(g), including testimony by a vocational expert if step five is reached. Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED: August 14, 2009

                                          JAMES R. LARSEN<br>
                                          District Court Executive/Clerk

                                          s/ L. Stejskal<br>
                                          Deputy Clerk